**Ford Roofing Products Company, appellee, v. Illinois Smelting & Refining Company, appellant.   Gen. No. 29,826.**

Suit for breach of contract for sale of merchandise.   Judgment for plaintiff.    Appeal from the Municipal Court of Chicago; the Hon. D. H. Wamsley, Judge, presiding.   Heard in the third division of this court for the first district at the October term, 1924.   Affirmed. Opinion filed June 17, 1925.   Rehearing denied June 25, 1925.

Henry W. Leman, for appellant; Frank H. Culver, of counsel. Litsinger, Healy & Reid, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Carrie Bennish, plaintiff in error, v. Esther Horvatz, defendant in error.   Gen. No. 29,521.**

Error to the Circuit Court of Cook county; the Hon. William J. Fulton, Judge, presiding.   Heard in the first division of this court for the first district at the March term, 1925.   Affirmed for deficiency in bill of exceptions.   Opinion filed June 22, 1925.

L. A. Sherwin, for plaintiff in error.   Frank N. Hillis, for defendant in error.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Walter E. Heller & Company, defendant in error, v. Paul H. Kolb, plaintiff in error.   Gen. No. 29,979.**

Trover for automobile.   Judgment for plaintiff.   Error to the Municipal Court of Chicago; the Hon. Charles Schaefer, Judge, presiding.   Heard in the first division of this court for the first district at the March term, 1925.   Affirmed.   Opinion filed June 22, 1925.

Louis W. Reinecker, Jr., for plaintiff in error.   Edward I. Rothbart, for defendant in error; Dwight McKay, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**E. Leone Irwin, plaintiff in error, v. Glynn J. Elliott, defendant in error.   Gen. No. 29,477.**

Bill by conservator of incompetent to recover money paid by incompetent and to establish lien on land.   Decree for complainant. Error to the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding.   Heard in the first division of this court for the first district at the March term, 1925.   Affirmed.   Opinion filed June 22, 1925.

John W. Creekmur and D. Eugene Hoopingarner, for plaintiff in error.   Campbell & Fischer, for defendant in error.

Mr. Justice Johnston delivered the opinion of the court.

---

**Kenfield-Leach Company, appellant, v. Industrial Publications, Inc., appellee.   Gen. No. 29,486.**

Suit on contract for the purchase of trade publications.   Judgment for defendant.   Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding.   Heard in the first division of this court for the first district at the October term, 1924.   Affirmed. Opinion filed June 22, 1925.   Rehearing denied July 10, 1925.

Alden, Latham & Young, for appellant; Charles Martin, of counsel. Moses, Kennedy, Stein & Bachrach, for appellee; Walter Bachrach and Isaac E. Ferguson, of counsel.

Mr. Justice Johnston delivered the opinion of the court.